UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> JAMES DOGHRAMJI; SHEREE COOK; ) <br> and RACHEL BRYANT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMMUNITY HEALTH SYSTEMS, INC., et al., ) <br> ) <br> Defendants. ) | CIVIL NO. 3:11-cv-0442 <br> JUDGE SHARP <br> MAGISTRATE JUDGE GRIFFIN <br><br> **FILED UNDER SEAL** |

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its election to intervene in part for the purpose of settling certain allegations against Defendants. Those allegations are set forth in Exhibit A attached to this Notice. The United States declines to intervene as to all other allegations. The parties anticipate signing a Settlement Agreement within the next week that will provide for payments within ten days, and the dismissal of the United States claims against Defendants, thereafter, pursuant to the terms and conditions of the contemplated agreement.

Although the United States declines to intervene in a portion of this action, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows a relator to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id*. Therefore, the United States requests that, should either a relator or any defendant propose that the part of the action in which the United States has not

intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, including as to the non-intervened part of this action, be served upon the United States and that all orders issued by the Court be sent to the undersigned counsel. The United States reserves its right to attend any deposition, order any deposition transcripts and copies of any discovery exchanged, and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

The United States reserves the right to seek the dismissal of the relator's action or claim(s) on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

    Respectfully submitted,

    STUART F. DELERY
    Assistant Attorney General

    DAVID RIVERA
    United States Attorney
    Middle District of Tennessee

By:    s/ John-David H. Thomas
    JOHN-DAVID H. THOMAS, BPR #027582
    Assistant U.S. Attorney
    110 Ninth Avenue South, Suite A-961
    Nashville, Tennessee 37203
    Telephone: (615) 736-5151
    Facsimile: (615) 401-6626

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
ROBERT MCAULIFFE
Commercial Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC 20044

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served via First Class U.S. Mail, postage prepaid, on July 24, 2014, to the following:

George E. Barrett
David W. Garrison
Scott Tift
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201

Kit Pierson
David Young
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005

Rueben Guttman
Traci L. Bushner
GRANT & EISENHOFER, P.A.
1920 L. Street, NW
Suite 400
Washington, DC 20036

          s/ John-David H. Thomas
          JOHN-DAVID H. THOMAS