IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) | |
| JAMES DOGHRAMJI, SHERRE COOK; ) | Case No. 3:11-0442 |
| and RACHEL BRYANT ) | |
| ) | |
| v. ) | JUDGE SHARP |
| ) | |
| COMMUNITY HEALTH SYSTEMS, INC., ) | |
| et al., ) | |

## O R D E R

Pending before the Court is the United States' Notice of Settlement (Docket No. 75).

The Court approves the settlement and this action is hereby dismissed with prejudice.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE