IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　ex rel. )<br>JAMES DOGHRAMJI; SHEREE )<br>COOK; and RACHEL BRYANT, )<br>　　　　　　　　　　　　　　　　　)<br>　*Plaintiffs/Relators,* )<br>　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>COMMUNITY HEALTH SYSTEMS, )<br>INC, et al., 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　*Defendants*. 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | CIVIL ACTION<br><br>CASE NO. 3:11-cv-0442<br><br>JUDGE SHARP<br>MAGISTRATE JUDGE GRIFFIN<br><br>JURY DEMAND |

**PLAINTIFFS/RELATORS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR RECOVERY OF RELATORS' ATTORNEYS' FEES, EXPENSES AND TAXABLE COSTS**

Plaintiffs/Relators James Doghramji, Sheree Cook, and Rachel Bryant move this Court for an order extending the deadline for when they may move the Court for payment of their attorneys' fees and expenses, pursuant to 31 U.S.C. §3730(d)(1) of the False Claims Act, as well as their taxable costs, pursuant to 28 U.S.C. §1920

Pursuant to Local Rule 54.01(a) and (b)(1) of this Court, Plaintiffs/Relators must file their motion for an award of attorneys' fees and expenses, as well as their bill of costs, by September 15, 2014. Plaintiffs/Relators request that this Court extend that deadline to September 29, 2014, a two-week extension.

Defendants do not oppose this request. Likewise, the United States does not oppose this request.

Dated: September 2, 2014　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ David W. Garrison

1

DAVID W. GARRISON (No. 24968)
SCOTT P. TIFT (No. 27592)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

Kit Pierson
David Young
COHEN MILSTEIN SELLERS &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005

Reuben A. Guttman
Traci L. Buschner
GRANT & EISENHOFER, P.A.
1747 Pennsylvania Avenue, N.W., Suite 875
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Plaintiffs/Relators' Unopposed Motion for Extension of Time to File Petition for Recovery of Relators' Attorneys' Fees, Expenses and Taxable Costs* has been served on the following via the Court's ECF filing system:

DAVID RIVERA
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203

JOHN-DAVID H. THOMAS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
ROBERT MCAULIFFE
Commercial Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC 20044

on this the 2nd day of September, 2014

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
   **MARTIN & GARRISON, LLC**