# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES DOGHRAMJI, SHERRE COOK, and RACHEL BRYANT, | ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | **No. 3:11-cv-0442** |
| v. | ) ) | |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

## DEFENDANTS' MOTION TO STAY FILING OF PETITION FOR ATTORNEYS' FEES S PENDING RESOLUTION OF ENTITLEMENT UNDER 31 U.S.C. § 3730

Defendants Community Health Systems Professional Service Corporation ("CHSPSC") and the hospital companies named in the complaint[1] (collectively, "Defendants") respectfully move to stay the filing of a petition for recovery of attorneys' fees, expenses, and costs under the False Claims Act ("FCA"), until (i) the transfer and consolidation of other related qui tam actions with this case has been completed and (ii) this Court has ruled on the threshold issue of whether relators James Doghramji, Sherre Cook, and Rachel Bryant ("Relators") are entitled to recover attorneys' fees under 31 U.S.C. § 3730(b)(5) . In support of this Motion, Defendants rely on the contemporaneously filed Memorandum in Support.

---

[1] A full listing of the Defendants bringing this motion is set out at Exhibit A.

Dated:  September 25, 2014

Respectfully submitted,

/s/ William M. Outhier
John Jacobson, BPR #14365
William Outhier, BPR #15609
RILEY WARNOCK & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
Tel: (615) 320-3700
jjacobson@rwjplc.com
wouthier@rwjplc.com

and

*Of counsel*
Richard A. Sauber
Michael L. Waldman
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411L
Washington, D.C. 20006
Tel: (202) 775-4500
rsauber@robbinsrussell.com
mwaldman@robbinsrussell.com

*Counsel for Defendants*
*(see Exhibit A for list)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following via the Court's ECF filing system:

David W. Garrison
Scott P. Tift
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219

Kit Pierson
David Young
Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005

Reuben A. Guttman
Traci L. Buschner
Grant & Eisenhofer, P.A.
1747 Pennsylvania Avenue, N.W., Suite 875
Washington, D.C. 20006

David Rivera
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203

John-David H. Thomas
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203

Michael D. Granston
Daniel R. Anderson
Robert McAuliffe
Commercial Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

on this the 25th day of September, 2014.

/s/ William M. Outhier