UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) | |
| JAMES DOGHRAMJI; SHEREE COOK; ) | |
| and RACHEL BRYANT, ) | |
| ) | CIVIL NO. 3:11-cv-0442 |
| Plaintiffs, ) | JUDGE SHARP |
| ) | MAGISTRATE JUDGE GRIFFIN |
| v. ) | |
| ) | |
| COMMUNITY HEALTH SYSTEMS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER OF DISMISSAL**

The United States, having intervened in part in this action for the purpose of effectuating the settlement agreement ("the Settlement Agreement") between the United States, all defendants, and relators James Doghramji, Sheree Cook and Rachel Bryant ("Relators"), pursuant to the False Claims Act, 31 U.S.C. 3730(b)(2) and (4), and the United States and Relator having filed a Joint Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A),

**IT IS HEREBY ORDERED** that:

1. Consistent with the terms of the Settlement Agreement, the False Claims Act claims asserted by Relators in this action on behalf of the United States against all defendants for the Covered Conduct as defined in the Settlement Agreement attached as Exhibit A to Docket Entry No. 75, are dismissed with prejudice;

2. Except for Relator's claims for statutory attorneys' fees and costs under 31 U.S.C. § 3730(d), the remaining False Claims Act claims asserted by Relator against all defendants are dismissed with prejudice to Relator and without prejudice to the United States; and

3. The Court will retain jurisdiction over the United States, all defendants, and Relator to the extent necessary to enforce the terms and conditions of the Settlement Agreement, and to adjudicate Relator's claims for statutory attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d).

**IT IS SO ORDERED**, this 8y "f c{ "qh'Qevqdgt."4237

_____
KEVIN H. SHARP
United States District Judge