UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| *ex rel.*, | : |
| JAMES DOGHRAMJI; SHEREE COOK; and RACHEL BRYANT, | : CASE NO. 3:11-cv-0442 (Sharp, J.) |
| Relators, | : |
| v. | : |
| COMMUNITY HEALTH SYSTEMS, INC. *et al.* | : |
| Defendants. | : |

## RELATORS' MOTION TO REFER MATTER TO MAGISTRATE JUDGE AND TO SET COORDINATED STATUS CONFERENCE

Relators Doghramji, Cook, and Bryant ("Doghramji Relators") respectfully request that this matter be referred for case management purposes to Magistrate Judge Griffin and that a coordinated status conference be set with Judge Griffin concerning this matter and the following two matters:

1. *United States, et al. ex rel. Cook-Reska v. Community Health Sys., Inc., et al.*, No. 3:14-cv-02160;

2. *United States ex rel. Bryant v. Community Health Sys., Inc., et al.*, No. 3:14-cv-02195.

When the two cases above were recently transferred to this judicial district by Defendants over the objections of the relators, the Court issued an order referring each case to Magistrate Judge Griffin for case management. *See* Case No. 3:14-cv-02160, Doc. No 117; Case No. 3:14-cv-02195, Doc. No. 54. Since that time, Defendants have moved to consolidate the cases above

1

with the *Doghramji* case. (Doc. 123). In their Response to Defendants' consolidation motion, also filed today, the Doghramji Realtors argue that while consolidation is likely to be unnecessary, there is efficiency to coordinating the cases before Judge Griffin to resolve outstanding motions or anticipated motions. Relators also request that the Court require a coordinated status conference to take place before Judge Griffin concerning all three of these matters, in accordance with Rule 42 of the Federal Rules of Civil Procedure.

In this case, Relators' fee petition is fully briefed (Doc. Nos. 86, 115, and 125), and the defendants have twice filed motions asking the Court to stay its adjudication (Doc. Nos. 82, 109). In *Cook-Reska* and *Bryant*, the relators' fee petitions will presumably be filed and briefed over the coming weeks. And, in all three cases, the defendants have filed a motion to consolidate. (Doc. No. 123).

For these reasons, Relators request a coordinated status conference with Magistrate Judge Griffin to ensure that these pending and anticipated motions are addressed and litigated as expeditiously as possible.

Dated: December 2, 2014                     Respectfully submitted,

/s/ David W. Garrison
David W. Garrison (No. 24968)
Scot P. Tift (No. 27592)
**BARRETT JOHNSTON
   MARTIN & GARRISON, LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

2

Reuben A. Guttman
Traci L. Buschner
**GRANT & EISENHOFER, P.A.**
1747 Pennsylvania Avenue, N.W., Suite 875
Washington, D.C. 20006
Telephone: (202) 386-9500
Facsimile: (202) 386-9505
rguttman@gelaw.com
tbuschner@gelaw.com

Kit A. Pierson
David A. Young
**COHEN MILSTEIN
   SELLERS & TOLL, PLLC**
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kpierson@cohenmilstein.com
dyoung@cohenmilstein.com

*Attorneys for Relators*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Relators' Motion to Refer Matter to Magistrate Judge and to Set Coordinated Status Conference* has been served on the following via the Court's ECF filing system:

John R. Jacobson
William M. Outhier
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

Michael L. Waldman
Robbins Russell Englert Orseck & Untereiner
1801 K Street, NW
Suite 411L
Washington, D.C. 20006

Mark H. Wildasin
Assistant United States Attorney
Office of the United States Attorney
Middle District of Tennessee
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203

on this the 2nd day of December, 2014

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON
   MARTIN & GARRISON, LLC**