# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES DOGHRAMJI, SHERRE COOK, and RACHEL BRYANT,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., *et al.*,<br><br>    *Defendants*. | CIVIL CASE NO.:<br>3:11CV00442<br><br><br>CHIEF JUDGE SHARP/<br>MAGISTRATE JUDGE GRIFFIN |
| THE UNITED STATES OF AMERICA and THE STATE OF TEXAS, *ex rel.* AMY COOK-RESKA,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., *et al.*,<br><br>    *Defendants*. | CIVIL CASE NO.:<br>3:14CV02160<br><br><br>CHIEF JUDGE SHARP/<br>MAGISTRATE JUDGE GRIFFIN |
| THE UNITED STATES OF AMERICA, *ex rel.* KATHLEEN A. BRYANT,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., *et al.*,<br><br>    *Defendants*. | CIVIL CASE NO.:<br>3:14CV02195<br><br><br>CHIEF JUDGE SHARP/<br>MAGISTRATE JUDGE GRIFFIN |

| | ) | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | |
| *ex rel.* **NANCY REUILLE,** | ) | **CIVIL CASE NO.:** |
| | ) | **3:15CV00110** |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | **CHIEF JUDGE SHARP/** |
| | ) | **MAGISTRATE JUDGE GRIFFIN** |
| **COMMUNITY HEALTH SYSTEMS,** | ) | |
| **PROFESSIONAL SERVICES,** | ) | |
| **CORP.,** *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

### DEFENDANTS' AMENDED MOTION TO CONSOLIDATE ACTIONS PURSUANT TO FED. R. CIV. P. 42

Pending before this Court is Defendants' motion to consolidate three related actions to facilitate fair, efficient and consistent adjudication of a common dispositive issue. *United States ex rel. Doghramji, et al. v. Community Health Sys., Inc., et al.*, No. 3:11-cv-00442 ("*Doghramji*"), Dkt. 123; *United States ex rel. Cook-Reska v. Community Health Sys., Inc., et al.*, No. 3:14-cv-02160 ("*Cook-Reska*"), Dkt. 114; *United States ex rel. Bryant v. Community Health Sys., Inc., et al.*, No. 3:14-cv-02195 ("*Bryant*"), Dkt. 53. Defendants hereby request that *United States ex. rel. Reuille v. Community Health Sys. Professional Servs., Corp., et al.*, No. 3:15-cv-00110 ("*Reuille*"), a case newly transferred to this district, also be consolidated with the *Doghramji*, *Cook-Reska*, and *Bryant* actions.

On January 26, 2015, the U.S. District Court for the Northern District of Indiana granted Defendants' unopposed motion to transfer the claim for attorneys' fees and expenses in *Reuille* to this Court. *Reuille*, No. 09-cv-0007 (N.D. Ind. Jan. 26, 2015), Dkt. 70. Like the *Doghramji*, *Cook-Reska*, and *Bryant* actions, *Reuille* also involves a claim for attorneys' fees and costs purportedly based on allegations that Community Health Systems, Inc. ("CHSI")-affiliated hospitals engaged in improper Emergency Department ("ED") admissions in violation of the

2

civil False Claims Act ("national ED claim"). Because the False Claims Act permits only one relator to recover for an FCA claim, *see* 31 U.S.C. § 3730(d), the determination of the attorneys' fees petition in each of these actions hinges on the same issue—whether the relator seeking fees qualifies as the "first to file" under the FCA. *Doghramji*, No. 3:11-cv-00442, Dkt. 123; *Cook-Reska*, No. 3:14-cv-02160, Dkt. 114; *Bryant*, No. 3:14-cv-02195, Dkt. 53. As the district courts in *Cook-Reska*, *Bryant*, and *Reuille* recognized in transferring these actions to this jurisdiction, the interests of judicial efficiency and fairness are plainly furthered by consolidating all of the relators seeking attorneys' fees based on the national ED claim, so that a first-to-file determination regarding entitlement to attorneys' fees can be made in a single proceeding with all the relevant claimants participating.

Accordingly, Defendants request that *Reuille* be consolidated along with *Doghramji*, *Cook-Reska*, and *Bryant*.[1]

---

[1] Defendants have also moved to transfer another related qui tam action where relator Bryan Carnithan intends to seek attorneys' fees based on the national ED claim. *See Carnithan*, No. 3:11-cv-00312 (S.D. Ill.), Dkt. 51. Defendants also request that *Carnithan* be consolidated with these other actions if it is transferred to this jurisdiction.

Dated: February 5, 2015

        Respectfully submitted,

        /s/ William M. Outhier
        John Jacobson, BPR #14365
        William Outhier, BPR #15609
        RILEY WARNOCK & JACOBSON, PLC
        1906 West End Ave.
        Nashville, TN 37203
        Tel: (615) 320-3700
        wouthier@rwjplc.com

        and

        *Of counsel*
        Richard A. Sauber
        Michael L. Waldman
        ROBBINS, RUSSELL, ENGLERT,
        ORSECK, UNTEREINER & SAUBER LLP
        1801 K Street, N.W., Suite 411L
        Washington, D.C. 20006
        Tel: (202) 775-4500
        rsauber@robbinsrussell.com
        mwaldman@robbinsrussell.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following via the Court's ECF filing system:

| | |
|---|---|
| David W. Garrison<br>Scott P. Tift<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219 | Kit Pierson<br>David Young<br>Cohen Milstein Sellers & Toll, PLLC<br>1100 New York Avenue, NW<br>Suite 500 West<br>Washington, DC 20005 |
| Reuben A. Guttman<br>Traci L. Buschner<br>Grant & Eisenhofer, P.A.<br>1747 Pennsylvania Avenue, N.W., Suite 875<br>Washington, D.C. 20006 | David Rivera<br>Assistant U.S. Attorney<br>110 Ninth Avenue South, Suite A-961<br>Nashville, TN 37203 |
| Mark H. Wildasin<br>Assistant United States Attorney<br>110 Ninth Avenue, South, Suite A-961<br>Nashville, TN 37203 | Michael D. Granston<br>Daniel R. Anderson<br>Robert McAuliffe<br>Commercial Litigation Branch<br>U.S. Department of Justice, Civil Division<br>P.O. Box 261, Ben Franklin Station<br>Washington, D.C. 20044 |

on this the 5th day of February, 2015.

/s/ William M. Outhier

5

Case 3:11-cv-00442   Document 140   Filed 02/05/15   Page 5 of 5 PageID #: 3473