UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| *ex rel.*, | : |
| JAMES DOGHRAMJI; SHEREE COOK; and RACHEL BRYANT, | : CASE NO. 3:11-cv-0442 (Sharp, J.) |
| Relators, | : |
| v. | : |
| COMMUNITY HEALTH SYSTEMS, INC. *et al.* | : |
| Defendants. | : |

**DOGHRAMJI RELATORS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES, COSTS, AND EXPENSES**

Pursuant to a briefing schedule established by Magistrate Judge Griffin, the Doghramji Relators have joined a consolidated motion in which the relators in four settled *qui tam* actions ask this Court to determine that they are all entitled to an award of attorney's fees and litigation expenses pursuant to the global settlement agreement with Defendants that resolved all four cases. For the reasons set forth therein, the Court should determine that all relators in these four matters are entitled to an award of attorney's fees and litigation expenses, and the Court should reject as moot the Defendants' asserted first-to-file and public disclosure defenses.

In the alternative, should the Court instead determine that the Defendants' first-to-file and public disclosure defenses warrant substantive analysis, the Doghramji Relators will prove that neither defense bars them from receiving an award of fees and expenses. Rather than addressing

the Defendants' arguments before the Defendants have articulated them in this round of briefing, however, the Doghramji Relators intend to respond to the Defendants' arguments in their reply brief[1], for which they will respectfully file a motion to exceed the Court's default 5-page limit.

In sum, should the Court reject the arguments set forth in the relators' consolidated motion, then the Doghramji Relators respectfully ask the Court to reject the Defendants' first-to-file and public disclosure defenses and to determine that the Doghramji Relators are entitled to an award of attorney's fees and litigation expenses.

Date: April 28, 2015                    Respectfully submitted,

/s/ David W. Garrison
David W. Garrison
Scott P. Tift
**BARRETT JOHNSON**
**MARTIN & GARRISON, LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

Kit A. Pierson
David A. Young
**COHEN MILSTEIN SELLERS**
   **& TOLL PLLC**
Suite 500 West
1100 New York Ave NW
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 4084699
kpierson@cohenmilstein.com
dyoung@cohenmilstein.com

---

[1] The operative briefing schedule permits the Defendants to file a sur-reply. Thus, the Defendants' response to this alternative motion (if relevant at all) will function much like a motion to dismiss the Doghramji Relators' fee/expense claim based on the first-to-file and public disclosure bars, and the subsequent reply and sur-reply will function like a response and reply.

Mary Thomas, Esq. (DE Bar No. 5072)*
Jennifer Williams, Esq. (DE Bar. No. 5966)*
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302.622.7148
Fax: 302.622.7100
mthomas@gelaw.com
jwilliams@gelaw.com

**Motion for admission pro hac vice forthcoming*

*Attorneys for Relators*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Doghramji Relators' Supplemental Motion to Reject Defendants' First-to-File and Public Disclosure Defenses* has been served on the following via the Court's ECF filing system on April 28, 2015:

**John R. Jacobson**
**William M. Outhier**
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Email: jjacobson@rwjplc.com
Email: wouthier@rwjplc.com

**Michael L. Waldman**
**Richard A. Sauber**
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street, NW
Suite 411L
Washington, DC 20006
Email: mwaldman@robbinsrussell.com
Email: rsauber@robbinsrussell.com

**Mark H. Wildasin**
Assistant United States Attorney
Office of the United States Attorney
Middle District of Tennessee
110 Ninth Avenue, S Suite A961
Nashville, TN 37203

**David Rivera**
United States Attorney
Office of the United States Attorney

3

Middle District of Tennessee
110 Ninth Avenue, S Suite A961
Nashville, TN 37203

**Michael D. Granston**
**Daniel R. Anderson**
**Robert McAuliffe**
Commercial Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044


**Andrew A. Bobb**
Office of the US Attorney
1000 Louisiana
Ste. 2300
Houston, TX 77002
(713) 567-9766
Fax: (713) 718-3303
Email: andrew.bobb@usdoj.gov

        /s/ David W. Garrison
        DAVID W. GARRISON
        **BARRETT JOHNSTON**
          **MARTIN & GARRISON, LLC**