O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| Timekeeper | Time | Rate | Value | Date | Description |
|---|---|---|---|---|---|
| JAN SOIFER | 2.25 | $800.00 | $1,800.00 | 3/29/2011 | Preliminary conference with Matt Organ, then conference call with Loren Allison, Nancy Reuille and Matt Organ. |
| JAN SOIFER | 1.25 | $800.00 | $1,000.00 | 4/7/2011 | Telephone and email discussions with Matt Organ, Matt Organ and Nancy Reuille, and Pat O'Connell regarding possibility of representing Reuille jointly, and follow-up call with Mitch Kreindler regarding sharing agreement. |
| JAN SOIFER | 1.50 | $800.00 | $1,200.00 | 4/11/2011 | Additional discussions related to joint representation of Nancy Reuille, including telephone conference with Matt Organ and David Chizewer regarding issues related to same, and conference call with Nancy Reuille, Matt Organ, David Chizewer and Patrick O'Connell (1.5); work on Engagement Agreement and forward same (1.0 - NO CHARGE.) |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 4/12/2011 | Work on engagement agreement; exchange emails with Matt Organ regarding same; exchange emails with ethics counsel regarding same (3.5 hours, NO CHARGE.) |
| PAT O'CONNELL | 0.00 | $800.00 | $0.00 | 4/12/2011 | Review of communications and proposed contract with Ms. Reuille. (2.5 hours, NO CHARGE.) |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 4/13/2011 | Work on engagement agreement; exchange emails with Matt Organ regarding same and with Amy Cook-Reska; exchange emails with ethics counsel regarding same. (3.25 hours, NO CHARGE.) |
| PAT O'CONNELL | 0.00 | $800.00 | $0.00 | 4/13/2011 | Review of communications with Jan Soifer and co-counsel. (1.25 hour, NO CHARGE.) |
| JAN SOIFER | 2.00 | $800.00 | $1,600.00 | 4/15/2011 | Telephone conference with DOJ lawyers and co-counsel regarding strategy regarding stay and related issues, and follow-up conferences with co-counsel regarding same. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 4/18/2011 | Exchange emails with lawyers for U.S. regarding status and strategy. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 4/18/2011 | Conference with AUSA Bobb regarding Indiana admission, and prepare email to co-counsel regarding admission in Indiana. |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| | | | | | |
|---|---|---|---|---|---|
| SYLVIA VELA | 0.75 | $250.00 | $187.50 | 4/18/2011 | Prepare draft Pro Hac Vice applications for Jan Soifer and for Pat O'Connell for ND Indiana, and prepare draft motion to substitute. |
| JAN SOIFER | 1.00 | $800.00 | $800.00 | 4/19/2011 | Preparation of notices of appearance and forward same. |
| PAT O'CONNELL | 2.25 | $800.00 | $1,800.00 | 4/19/2011 | Complete Motion to Substitute and Pro Hac Vice applications (1.0); communications with co-counsel regarding Tenet filings (1.25). |
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 4/19/2011 | Receive request from Jan Soifer and forward signed agreement to co-clients and co-counsel and review email regarding same. (.5 hour, NO CHARGE.) |
| PAT O'CONNELL | 4.25 | $800.00 | $3,400.00 | 4/20/2011 | Review of and revisions to proposed motion to stay case, and communications with co-counsel regarding same. |
| SYLVIA VELA | 0.25 | $250.00 | $62.50 | 4/20/2011 | Receive and review of email from Jan Soifer regarding notice of appearance and related tasks re: same. |
| JAN SOIFER | 3.50 | $800.00 | $2,800.00 | 4/22/2011 | Exchange emails with Elizabeth Strawn and Joe Reid regarding Joint Motion to Extend, exchange emails with co-counsel regarding same, review CHS SEC filing discussed in emails, and exchange emails with client and co-counsel regarding same and regarding strategy. |
| PAT O'CONNELL | 1.75 | $800.00 | $1,400.00 | 4/22/2011 | Discussions with DOJ regarding motion to stay case, and review of related CHS filings. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 4/22/2011 | Communications with AUSA and client regarding extension. |
| PAT O'CONNELL | 4.50 | $800.00 | $3,600.00 | 4/25/2011 | Multiple conferences and exchanges of emails with various parties regarding status of suit, including producer for 60 Minutes and co-counsel and client. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 4/26/2011 | Receive and review ECF notices. |
| PAT O'CONNELL | 0.00 | $800.00 | $0.00 | 4/26/2011 | Preparation of addendum to Allison/Reuille agreement; emails with parties regarding same. (1.5 hours, NO CHARGE.) |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 4/27/2011 | Communications with AUSA re: filings. |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 4/28/2011 | Receive, review and respond to emails regarding Loren Allison; work on amended agreement between Nancy Reuille and Loren Allison. (4.5 hours, NO CHARGE.) |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| | | | | | |
|---|---|---|---|---|---|
| PAT O'CONNELL | 0.00 | $800.00 | $0.00 | 4/28/2011 | Email with client and co-counsel, prepare amendment; conference with Jan Soifer regarding same; review revisions to amendment. (2.5 hours, NO CHARGE.) |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 4/29/2011 | Revise Sharing Agreement and amended agreement with Allison; telephone conference with Matt Organ regarding same and related issues; exchange emails regarding same. (3.5 hours, NO CHARGE.) |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 5/2/2011 | Work on revisions to amended agreement; forward amended agreement to Loren Allison; exchange emails with client regarding same; receive and review Ms. Reuille's signature. (.5 hour, NO CHARGE.) |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 5/2/2011 | Communications with co-counsel regarding status. |
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 5/2/2011 | Receive and review various emails regarding case. (.5 hour, NO CHARGE.) |
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 5/3/2011 | Receive and review of email from Jan Soifer regarding signature pages for Reuille/Allison Agreement. (.25 hour, NO CHARGE.) |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 5/4/2011 | Exchange emails with Loren Allison regarding Amended Agreement and file; exchange emails with co-counsel regarding same and related issues. (1.25 hours, NO CHARGE.) |
| PAT O'CONNELL | 1.75 | $800.00 | $1,400.00 | 5/4/2011 | Review rules and confer with Jan Soifer, co-counsel, and client regarding same and related issues. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 5/10/2011 | Telephone conference with Nancy Reuille regarding status and strategy. |
| JAN SOIFER | 0.50 | $800.00 | $400.00 | 5/11/2011 | Exchange emails with Loren Allison regarding case background and obtaining his file and exchange emails and telephone conferences with Matt Organ regarding same. |
| PAT O'CONNELL | 4.00 | $800.00 | $3,200.00 | 5/11/2011 | Participate in multiple conferences and calls regarding status with Jan Soifer, co-counsel, and Asst. AG Susan Miller, and review correspondence and documents re: same; calls with reporters (1.0 hour, NO CHARGE.) |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| | | | | | |
|---|---|---|---|---|---|
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 5/13/2011 | Telephone conference with reporter regarding case, work on statement in response, and exchange emails with co-counsel regarding response, finalize draft response, and forward same to reporter. (1.5 hours, NO CHARGE.) |
| PAT O'CONNELL | 0.00 | $800.00 | $0.00 | 5/13/2011 | Communications with co-counsel re: communications with reporter. (.75 hour, NO CHARGE.) |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 5/13/2011 | Review of file provided by previous attorney. |
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 5/13/2011 | Telephone call from reporter regarding case and forward information to Jan Soifer so she can respond to reporter. (.25 hour, NO CHARGE.) |
| SYLVIA VELA | 0.25 | $250.00 | $62.50 | 5/28/2011 | Receive and review of email from Jan Soifer regarding Reuille disclosure. |
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 6/7/2011 | Review file received from Loren Allison and send out file to be copied. (.75 hour, NO CHARGE.) |
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 6/8/2011 | Receive copy of file and send to co-counsel. (.75 hour, NO CHARGE.) |
| JAN SOIFER | 5.00 | $800.00 | $4,000.00 | 6/27/2011 | Travel to Chicago to meet with Nancy Reuille and co-counsel. |
| JAN SOIFER | 5.50 | $800.00 | $4,400.00 | 6/27/2011 | Attend meetings with client and co-counsel. |
| PAT O'CONNELL | 5.00 | $800.00 | $4,000.00 | 6/27/2011 | Travel to Chicago for meeting with client and co-Relators. |
| PAT O'CONNELL | 5.50 | $800.00 | $4,400.00 | 6/27/2011 | Attend meetings with client and co-counsel. |
| JAN SOIFER | 8.50 | $800.00 | $6,800.00 | 6/28/2011 | Attend meetings with Nancy Reuille and co-counsel. |
| PAT O'CONNELL | 8.50 | $800.00 | $6,800.00 | 6/28/2011 | Conference with Ms. Reuille regarding status of case and meeting with co-Relators. |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 8/1/2011 | Receive and review email from Loren Allison, revise amended agreement and forward to co-counsel, and forward to Loren Allison and to client. (.75 hour, NO CHARGE.) |
| PAT O'CONNELL | 0.25 | $800.00 | $200.00 | 8/1/2011 | Review of correspondence with AUSA (.25); conference with Jan Soifer regarding response to Allison.(.25 hour, NO CHARGE.) |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 8/5/2011 | Receive and review signed agreement; forward to Loren Allison (NO CHARGE.) |
| JAN SOIFER | 0.50 | $800.00 | $400.00 | 10/4/2011 | Receive, review, research and respond to email from Nancy Reuille regarding CHS subsidiary. |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| Attorney | Hours | Rate | Amount | Date | Description |
|---|---|---|---|---|---|
| MAYA GUERRA GAMBLE | 0.00 | $600.00 | $0.00 | 10/12/2011 | Review complaint. (.5 hour, NO CHARGE.) |
| JAN SOIFER | 2.50 | $800.00 | $2,000.00 | 10/14/2011 | Telephone conference with DOJ trial lawyers Elizabeth Strawn and Michelle Lee and Matt Organ regarding expiration of stay and issues related to same and follow-up telephone conference with other Relators' counsel regarding same. |
| JAN SOIFER | 0.50 | $800.00 | $400.00 | 10/17/2011 | Conference call with Matt Organ regarding strategic issues, and then conference call with Elizabeth Strawn and Michelle Lee regarding same. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 10/17/2011 | Conference calls with co-counsel, then with DOJ lawyers regarding strategy. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 10/18/2011 | Receive and review draft motion, and exchange emails with Matt Organ and DOJ lawyers regarding same. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 10/19/2011 | Receive and review email from DOJ lawyer Elizabeth Strawn with copy of revised Motion to Transfer, as filed. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 10/20/2011 | Forward Motion to Transfer to client with analysis of CHS's reason for not agreeing. |
| MAYA GUERRA GAMBLE | 0.00 | $600.00 | $0.00 | 10/22/2011 | Review Reuille Motion to Transfer Venue. (.25 hour, NO CHARGE.) |
| JAN SOIFER | 2.00 | $800.00 | $1,600.00 | 10/24/2011 | Receive and review CHS's Response to Motion to Transfer, exchange emails with Nancy Reuille regarding same, and conference call with Nancy Reuille, Matt Organ, Pat O'Connell and Maya Gamble regarding same. |
| MAYA GUERRA GAMBLE | 0.00 | $600.00 | $0.00 | 10/24/2011 | Review of CHS's response to Motion to Transfer and associated emails, and participate in telephone conference with client and other attorneys. (1.25 hours, NO CHARGE.) |
| PAT O'CONNELL | 1.25 | $800.00 | $1,000.00 | 10/24/2011 | Review of response of CHS to Motion to Transfer and conferences with client and co-counsel regarding same. |
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 10/31/2011 | Receive and review ECF filings; attention to file. (.5 hour, NO CHARGE.) |
| JAN SOIFER | 0.50 | $800.00 | $400.00 | 11/11/2011 | Exchange emails with Nancy Reuille regarding status and strategy. |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| Attorney | Hours | Rate | Amount | Date | Description |
|---|---|---|---|---|---|
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 2/22/2012 | Email to client regarding call with Melissa Handrigan. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 2/23/2012 | Exchange emails with client regarding status, and receive and review emails from co-counsel regarding outside contact regarding case. |
| JAN SOIFER | 0.50 | $800.00 | $400.00 | 2/27/2012 | Exchange emails with Nancy Reuille and Matt Organ regarding status and strategy. |
| JAN SOIFER | 1.25 | $800.00 | $1,000.00 | 4/13/2012 | Exchange emails with Matt Organ regarding request to extend stay, and participate in conference call with client and Matt Organ regarding same. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 4/20/2012 | Receive and review draft motion to extend stay from Elizabeth Strawn and emails regarding same, make revisions to same, and exchange emails with client and co-counsel regarding same. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 4/20/2012 | Communications with DOJ re: defendant issue and extension of stay in Indiana case. |
| JAN SOIFER | 1.00 | $800.00 | $800.00 | 4/23/2012 | Telephone conferences with Matt Organ regarding motion and proposed footnote, and exchange emails with Matt Organ and Elizabeth Strawn regarding same. |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 4/23/2012 | Communications with co-counsel and DOJ re: motion to extend stay. |
| JAN SOIFER | 1.00 | $800.00 | $800.00 | 4/24/2012 | Exchange multiple emails wit Elizabeth Strawn and with co-counsel regarding motion to extend stay and related issues. |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 4/24/2012 | Communications with AUSA re: motion to stay, and conference with Jan Soifer and co-counsel re: same. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 4/25/2012 | Review and revise final motion and proposed order, and exchange emails regarding same. |
| PAT O'CONNELL | 1.00 | $800.00 | $800.00 | 4/25/2012 | Communications re: extension of stay. |
| JAN SOIFER | 1.00 | $800.00 | $800.00 | 4/26/2012 | Exchange emails regarding motion, receive notices of filing and granting of same, forward to client, and exchange emails with Matt Organ regarding related legal research needed and strategy for handling same. |
| PAT O'CONNELL | 1.75 | $800.00 | $1,400.00 | 4/27/2012 | Conference with co-counsel re: stay issues and communications re: same with co-counsel and consultants. |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| Attorney | Hours | Rate | Amount | Date | Description |
|---|---|---|---|---|---|
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 5/24/2012 | Forward emails to Nancy Reuille regarding June 4 meeting and related matters. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 10/15/2012 | Communications with DOJ lawyers and client re: stay extension. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 10/17/2012 | Receive and review proposed joint motion extending stay. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 10/17/2012 | Communications with co-counsel and Feds re: extension, etc. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 10/18/2012 | Receive, review and exchange emails regarding possible extension of stay. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 10/18/2012 | Communications with client and DOJ re: possible extension. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 10/26/2012 | Exchange emails regarding status of motion to extend stay. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 10/29/2012 | Receive and review motion to extend stay and order and exchange emails regarding same. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 11/29/2012 | Forward notes from biweekly call to client. |
| ANDREA ROSE | 0.75 | $500.00 | $375.00 | 3/7/2013 | Participate in conference call with client, Jan Soifer, Pat O'Connell and Matt Organ. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 3/7/2013 | Telephone conference with Nancy Reuille, Matt Organ and Pat O'Connell regarding status. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 3/7/2013 | Conference with client and co-counsel. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 4/3/2013 | Communications with DOJ and co-counsel re: extension and agreement re: same. |
| ANDREA ROSE | 0.00 | $500.00 | $0.00 | 4/4/2013 | Review correspondence re: extension of stay.(.25 hour, NO CHARGE.) |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 4/11/2013 | Exchange emails with DOJ trial attorney Elizabeth Strawn regarding Motion to Extend Stay. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 4/11/2013 | Discussions with co-counsel re: extension. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 4/12/2013 | Discussions with government counsel re: extension. |
| PAT O'CONNELL | 0.25 | $800.00 | $200.00 | 4/19/2013 | Communications with government re: extension. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 4/22/2013 | Receive and review notice of filing motion for extension and email to Nancy Reuille regarding same. |
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 4/25/2013 | Receipt and review of order extending stay and calendar same. (.25 hour, NO CHARGE.) |
| PAT O'CONNELL | 0.25 | $800.00 | $200.00 | 5/3/2013 | Communications with co-counsel. |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| | | | | | |
|---|---|---|---|---|---|
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 6/12/2013 | Receive, review and respond to email from Reporter Sherry Slater. (.25 hour, NO CHARGE.) |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 6/15/2013 | Forward notes and article to client. (.25 hour, NO CHARGE.) |
| JAN SOIFER | 1.50 | $800.00 | $1,200.00 | 8/23/2013 | Telephone conference with Nancy Reuille regarding 8/22/13 call with government. |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 8/23/2013 | Conference with client re: status. |
| JAN SOIFER | 1.00 | $800.00 | $800.00 | 9/17/2013 | Conference calls regarding status and potential for settlement. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 9/17/2013 | Telephone conference with Andrew Bobb re: status and potential for settlement, and telephone conference with client re: same. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 10/17/2013 | Receive, review, respond to and forward email regarding status. |
| JAN SOIFER | 0.50 | $800.00 | $400.00 | 10/21/2013 | Receive and review motion to extend stay, and exchange emails regarding same. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 10/21/2013 | Review and approval of motion to extend stay, and communication with AUSA re: same. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 10/22/2013 | Exchange emails with Elizabeth Strawn, and sign motion and forward signature page. |
| JAN SOIFER | 1.00 | $800.00 | $800.00 | 1/7/2014 | Exchange emails regarding status and conference call regarding same. |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 1/7/2014 | Communications with DOJ re: settlement issues and conference with client re: same. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 3/28/2014 | Exchange emails with Nancy Reuille regarding call with DOJ and information regarding settlement. |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 4/3/2014 | Telephone Conference with client and Matt Organ. |
| PAT O'CONNELL | 0.25 | $800.00 | $200.00 | 4/4/2014 | Communications with co-counsel and DOJ regarding status. |
| JAN SOIFER | 0.50 | $800.00 | $400.00 | 4/18/2014 | Telephone conference with client and Matt Organ regarding status, strategy, and mediation. |
| PAT O'CONNELL | 0.25 | $800.00 | $200.00 | 4/18/2014 | Communication with AUSA Strawn re: extension of seal. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 4/20/2014 | Call with client re: mediation status. |
| JAN SOIFER | 2.00 | $800.00 | $1,600.00 | 4/24/2014 | Telephone conference with client and co-counsel regarding status and strategy for mediation. |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| | | | | | |
|---|---|---|---|---|---|
| SYLVIA VELA | 0.00 | $250.00 | $0.00 | 5/1/2014 | Brief office conference with Jan Soifer and Pat O'Connell regarding various issues, review documents regarding same, and office conference regarding findings and other issues. (1.25 hours, NO CHARGE.) |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 5/8/2014 | Telephone conference with client regarding status of settlement. |
| PAT O'CONNELL | 0.25 | $800.00 | $200.00 | 5/8/2014 | Telephone conference with client regarding status of settlement. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 5/19/2014 | Receive Nancy Reuille's signature on Relator Share Agreement, forward to Amy Cook-Reska for signature, and sign and forward to Matt Organ. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 6/1/2014 | Telephone conference with client regarding settlement agreement negotiations. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 6/10/2014 | Communications with client and Matt Organ regarding status of Reuille's 3730(h) claim (.75 hour, NO CHARGE), and telephone conference with co-counsel re: various other settlement issues. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 7/21/2014 | Communications with client re: signing of final agreement, and communications with DOJ re: same. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 7/29/2014 | Conference with Matt Organ and review of state settlement agreement. |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 8/11/2014 | Conference with Jan Soifer re: dismissal order, telephone conference with Matt Organ re: same, review of proposed order, and exchange emails with AUSA re: same. |
| PAT O'CONNELL | 0.00 | $800.00 | $0.00 | 10/7/2014 | Telephone conference with Matt Organ re: status of dismissal and (h) claim. (.5 hour, NO CHARGE.) |
| JAN SOIFER | 1.25 | $800.00 | $1,000.00 | 10/16/2014 | Review Indiana local rules, conferences with Pat O'Connell and Matt Organ regarding same, telephone conference with Nancy Reuille regarding same, and telephone conference with Matt Organ regarding same. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 10/17/2014 | Telephone conference with Matt Organ re: status and strategy for fee request, and status of (h) claim litigation (.5 hour, NO CHARGE). |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| | | | | | |
|---|---|---|---|---|---|
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 11/6/2014 | Telephone conference with Matt Organ re: potential transfer to Nashville and next steps. |
| PAT O'CONNELL | 0.25 | $800.00 | $200.00 | 11/7/2014 | Telephone conference with Matt Organ re: conference with Waldman. |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 11/20/2014 | Telephone conference with Matt Organ and Loren Allison regarding fees and status. (.5 hour, NO CHARGE.) |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 1/12/2015 | Receive and review Motion to Sever and Transfer. |
| PAT O'CONNELL | 0.75 | $800.00 | $600.00 | 1/12/2015 | Review of proposed motion to transfer and preparation of email to Waldman agreeing to motion. |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 2/3/2015 | Telephone conference with Matt Organ regarding retaliation claim, and telephone conference with N. Reuille regarding same. (.5 hour, NO CHARGE.) |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 2/5/2015 | Receive and review amended motion to consolidate and exchange emails with local counsel regarding same. |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 2/5/2015 | Telephone conference with M. Organ and with CHS employment lawyer regarding dropping retaliation claim. (.5 hour, NO CHARGE.) |
| JAN SOIFER | 1.00 | $800.00 | $800.00 | 2/12/2015 | Review and revise settlement agreement and motion and order for extension. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 2/17/2015 | Review and revise Response to Amended Motion to Consolidate. |
| PAT O'CONNELL | 1.25 | $800.00 | $1,000.00 | 2/17/2015 | Preparation of response to Amended Motion to Consolidate, including telephone conference with co-counsel re: strategy in response. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 2/18/2015 | Additional revisions to response, finalize same. |
| JAN SOIFER | 1.00 | $800.00 | $800.00 | 2/18/2015 | Review and revise pleadings due 2-19. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 2/18/2015 | Telephone conference with co-counsel regarding response to motion to consolidate and review and revision of response. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 2/19/2015 | Finalize pleadings for filing. |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| | | | | | |
|---|---|---|---|---|---|
| PAT O'CONNELL | 0.00 | $800.00 | $0.00 | 2/25/2015 | Review of emails with defense counsel regarding settlement of Reuille (h) claim. (.5 hour, NO CHARGE.) |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 2/26/2015 | Communications with DOJ and AUSA re: first to file issues and telephone conference with Andrew Bobb regarding same. |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 4/23/2015 | Preparation of supplemental motion. |
| PAT O'CONNELL | 2.75 | $800.00 | $2,200.00 | 4/24/2015 | Preparation of supplemental motion. |
| PAT O'CONNELL | 1.75 | $800.00 | $1,400.00 | 4/26/2015 | Complete draft of supplemental motion. |
| JAN SOIFER | 0.50 | $800.00 | $400.00 | 4/27/2015 | Work on Supplemental Memo. |
| PAT O'CONNELL | 0.50 | $800.00 | $400.00 | 4/27/2015 | Telephone conference with co-counsel regarding coordination of fee filings. |
| JAN SOIFER | 5.75 | $800.00 | $4,600.00 | 4/28/2015 | Review, revise and finalize Reuille's supplemental memo and declaration. |
| PAT O'CONNELL | 2.50 | $800.00 | $2,000.00 | 4/28/2015 | Review and revision of supplemental memorandum. |
| PAT O'CONNELL | 3.75 | $800.00 | $3,000.00 | 4/28/2015 | Work on joint draft, including drafting and multiple related emails to and from co-counsel coordinating joint response. |
| JAN SOIFER | 0.25 | $800.00 | $200.00 | 4/30/2015 | Review and revise notice of filing and J. Soifer declaration. |
| JAN SOIFER | 4.50 | $800.00 | $3,600.00 | 5/21/2015 | Review Defendants' response to Reuille's Supplemental Memo and work on reply. |
| JAN SOIFER | 4.75 | $800.00 | $3,800.00 | 5/23/2015 | Work on supplemental reply. |
| JAN SOIFER | 7.50 | $800.00 | $6,000.00 | 5/24/2015 | Work on Reply. |
| JAN SOIFER | 4.00 | $800.00 | $3,200.00 | 5/25/2015 | Work on Reply. |
| JAN SOIFER | 13.50 | $800.00 | $10,800.00 | 5/26/2015 | Work on Reply. |
| PAT O'CONNELL | 1.50 | $800.00 | $1,200.00 | 5/26/2015 | Review and revision of J. Soifer draft of Reuille reply. |
| JAN SOIFER | 4.00 | $800.00 | $3,200.00 | 5/27/2015 | Complete and finalize documents for filing. |
| PAT O'CONNELL | 5.00 | $800.00 | $4,000.00 | 5/27/2015 | Preparation of reply to response. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 8/6/2015 | Receive and review Judge Sharp's memorandum opinion and order and exchange emails with co-counsel regarding same. |
| JAN SOIFER | 0.75 | $800.00 | $600.00 | 8/10/2015 | Work on Motion for Fees. |
| PAT O'CONNELL | 0.25 | $800.00 | $200.00 | 8/11/2015 | Conference with P. Spears regarding exhibits for motion. |
| JAN SOIFER | 0.00 | $800.00 | $0.00 | 9/28/2015 | Review and revise fee invoice. (4.5 hours, NO CHARGE.) |

O'Connell Soiferf LLP's Billing Invoice for Nancy Reuille

| TOTAL HOURS | 199.50 | TOTAL HOURLY CHARGES | $158,687.50 | | |
|---|---|---|---|---|---|

O'Connell Soifer LLP Billing Invoice for Nancy Reuille

| Transaction Type | Timekeeper | Value | Date | Description |
|---|---|---|---|---|
| EXP | JAN SOIFER | $20.00 | 4/13/2011 | Fee - Certificates of Good Standing for Jan Soifer and Pat O'Connell (NR) |
| EXP | SYLVIA VELA | $22.04 | 4/19/2011 | FedEx to court (NR) |
| EXP | SYLVIA VELA | $55.34 | 4/19/2011 | FedEx to court (NR) |
| EXP | JAN SOIFER | $259.40 | 6/27/2011 | Travel expenses related to meeting with other Relators (airfare only) (NR) |
| EXP | JAN SOIFER | $386.89 | 6/27/2011 | Travel related to meeting with other Relators (non-meals) (NR) |
| EXP | JAN SOIFER | $167.30 | 6/27/2011 | Travel related to meeting with other Relators (meals) (NR) |
| **Total Expenses** | | **$910.97** | | |