# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> JAMES DOGHRAMJI, SHERRE COOK, ) <br> and RACHEL BRYANT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMMUNITY HEALTH SYSTEMS INC., *et al.,* ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:11 CV 442 <br> Hon. Marvin E. Aspen |
| UNITED STATES OF AMERICA and ) <br> STATE OF TEXAS ex rel. ) <br> AMY COOK-RESKA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMMUNITY HEALTH SYSTEMS INC., *et al.,* ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:14 CV 2160 <br> Hon. Marvin E. Aspen |
| UNITED STATES OF AMERICA ) <br> ex rel. NANCY REUILLE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMMUNITY HEALTH SYSTEMS ) <br> PROFESSIONAL SERVICES, CORP., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:15 CV 110 <br> Hon. Marvin E. Aspen |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) | |
| KATHLEEN A. BRYANT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:14 CV 2195 |
| v. ) | Hon. Marvin E. Aspen |
| ) | |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

MARVIN E. ASPEN, District Judge:

The telephonic status conference scheduled for September 12, 2017 at 8:30 a.m. is hereby stricken and reset for March 27, 2018 at 8:30 a.m. The parties are directed to call 888-363-4734 at the scheduled time to participate in the status conference. It is so ordered.

                                                                                       /s/ Marvin E. Aspen
                                                                       _____
                                                                       Honorable Marvin E. Aspen
                                                                       United States District Judge

Dated: September 11, 2017
            Nashville, Tennessee