# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES DOGHRAMJI, SHERRE COOK, and RACHEL BRYANT, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS INC., *et al.*, <br><br> Defendants. | Case No. 3:11 C 442 <br> Hon. Marvin E. Aspen |
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* AMY COOK-RESKA, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS INC., *et al.*, <br><br> Defendants. | Case No. 3:14 C 2160 <br> Hon. Marvin E. Aspen |
| UNITED STATES OF AMERICA *ex rel.* NANCY REUILLE, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES, CORP., *et al.*, <br><br> Defendants. | Case No. 3:15 C 110 <br> Hon. Marvin E. Aspen |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) | |
| KATHLEEN A. BRYANT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:14 C 2195 |
| v. ) | Hon. Marvin E. Aspen |
| ) | |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

The telephonic status conference scheduled for March 27, 2018 at 8:30 a.m. is hereby stricken and reset for May 22, 2018 at 8:30 a.m. The parties are directed to call 888-363-4734 at the scheduled time to participate in the status conference. It is so ordered.

_____
Honorable Marvin E. Aspen
United States District Judge

Dated: March 19, 2018
      Chicago, Illinois