# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES DOGHRAMJI, SHEREE COOK, and RACHEL BRYANT, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., *et al.*, <br><br> Defendants. | No. 3:11 C 442 <br> Hon. Marvin E. Aspen |
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* AMY COOK-RESKA, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., *et al.*, <br><br> Defendants. | No. 3:14 C 2160 <br> Hon. Marvin E. Aspen |
| UNITED STATES OF AMERICA *ex rel.* NANCY REUILLE, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORP., *et al.*, <br><br> Defendants. | No. 3:15 C 110 <br> Hon. Marvin E. Aspen |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATHLEEN A. BRYANT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

No. 3:14 C 2195
Hon. Marvin E. Aspen

## ORDER

MARVIN E. ASPEN, District Judge:

We directed the parties to propose an agreed-upon schedule for supplemental briefing regarding an award of reasonable attorney fees to Relators' counsel or, if they could not reach agreement, to submit competing schedules for our consideration. (Case No. 3:11 C 442, Dkt. No. 350.) The parties were unable to reach agreement. Both Relators and Defendants now move for entry of an order entering their preferred schedule. After considering the proposed schedules, we deny both motions. (Case No. 3:11 C 442, Dkt. Nos. 354, 355.) We instead enter the following schedule:

- Relators shall file supplemental briefs with documentation and argument not presented previously in their initial briefing regarding fees by June 1, 2022.

- Defendants shall file their responses to Relators' supplemental briefs by July 19, 2022.

- Relators shall file any replies by August 2, 2022.

- If any party requests an evidentiary hearing, its brief should indicate what testimonial evidence it would present at the hearing.

It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: April 14, 2022